Prob 12A (10/16)
VAE (9/19)

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Theodore Li     Docket No. 1:10CR00098-001

### Petition on Supervised Release

COMES NOW Nicole R. Andrews, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Theodore Li, who was placed on supervision by the Honorable Liam O'Grady, United States District Court Judge sitting in the Court at Alexandria, Virginia, on the 13th day of August 2010, who fixed the period of supervision at 5 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a **WARRANT** to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

It is hereby **ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**Bond Recommendation:** NONE

**ORDER OF COURT**

Considered and ordered this 16th day of Dec. 2019 and ordered filed and made a part of the records in the above case.

_____
Liam O'Grady
United States District Court Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 16, 2019

Brent Keith
Digitally signed by Brent Keith
Date: 2019.12.16 15:34:43 -05'00'
_____
Nicole R. Andrews
U.S. Probation Officer
(703) 366-2111

Place Manassas, Virginia

TO CLERK'S OFFICE

**Petition on Supervised Release**
**Page 2**
**RE: Li, Theodore**

OFFENSE: Count 2: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, U.S.C., Section 924(c); and Count 3: Prohibited Person in Possession of Firearm, in violation of Title 18, U.S.C., Section 922(g)(1).

SENTENCE: The defendant was sentenced to a total of 106 months of imprisonment in the Bureau of Prisons, which consisted of 46 months on Count 3 and 60 months on Count 2 to run consecutively. He was sentenced to 3 years of supervised release on Count 3 and 5 years on Count 2 to run concurrently, with the following special condition: 1) The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

ADJUSTMENT TO SUPERVISION: The defendant commenced his term of supervised release on November 6, 2017. Until recently, the defendant resided in Ashburn, Virginia. He was employed for a local gym, where he worked on their social media platforms, clothing line logo, and painted murals inside the gymnasium. Recently, the defendant relocated to a home in Alexandria, Virginia with his girlfriend and a roommate. Currently, the defendant is self-employed as an "e-book writer" and operates Underground Romance, a company that markets and sells merchandise online. His income has varied based on his business sales. He additionally receives money from his family members to supplement his income.

While on supervision, the defendant has continually been randomly tested for illicit drug use. All samples have tested negative for illegal drug use. Upon release, the defendant was referred to VASAP for treatment programming. Additionally, in November 2017, the defendant agreed to a modification of his conditions to include a requirement for mental health treatment. The defendant indicated a desire for same in order to receive individual therapy to address his prior criminal lifestyle and other issues. The Court subsequently executed a Probation 49, amending his conditions of supervised release to include a requirement for mental health counseling on November 27, 2017. The defendant began attending therapy sessions on January 18, 2018, and successfully completed all requirements of mental health treatment on October 13, 2019. Until recently, the defendant had not incurred any new law violations while on supervision.

VIOLATIONS: The following violation is submitted for the Court's consideration.

**MANDATORY CONDITION:** **THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME – MALICIOUS WOUNDING.**

On December 15, 2019, the defendant was arrested and charged with Malicious Wounding. The defendant appeared for arraignment before the Arlington County General District Court on December 16, 2019. The arraignment was continued pending a preliminary hearing on January 15, 2020. The defendant was ordered detained without bond.

**Petition on Supervised Release**
**Page 3**
**RE: Li, Theodore**

According to Arlington Police Department Detective G. Seibert, the defendant was at a local nightclub in Arlington, Virginia at approximately 1:30 a.m. on December 15, 2019 when he was approached by a bouncer for disallowed conduct, to include "vaping". The intervention efforts by the bouncer eventually led to the defendant being asked to leave the establishment. When the bouncer took action to escort the defendant out of the nightclub, the defendant used a previously concealed knife to stab the bouncer in the areas of his face, kidney, and leg. The victim is currently hospitalized and expected to recover from the injuries sustained.

The defendant is currently being detained without bond at the Arlington County Adult Detention Center.


NRA/nrl